[No. 48222-3-II.   Division Two.   December 20, 2016.]

ERNEST KIRK GEORGE, *Appellant*, v. JOHN DANIELSEN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 13-2-00098-8, Keith C. Harper, J., entered October 23, 2015. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 48501-0-II.   Division Two.   December 20, 2016.]

WESLEY R. HANNIGAN, *Respondent*, v. VIT NOVAK ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skamania County, No. 10-2-00115-0, Brian P. Altman, J., entered December 3, 2015. *Affirmed in part* and *reversed in part* by unpublished opinion per Maxa, A.C.J., concurred in by Johanson and Melnick, JJ.

[No. 48668-7-II.   Division Two.   December 20, 2016.]

PAUL WILKINSON, *Appellant*, v. TRACY RADCLIFF ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-09573-6, Jack F. Nevin, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Johanson, J.

[Nos. 48829-9-II; 48882-5-II.   Division Two.   December 20, 2016.]

DONALD W. WRIGHT, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 11-2-00336-8, David L. Edwards, J., entered February 5, 2016. *Reversed* and *remanded* by unpublished opinion per Worswick, J., concurred in by Lee and Sutton, JJ.